Joseph BADAMO, Defendant-Appellant, v. Phillip FORMAN, United States Attorney for District of New Jersey, Plaintiff-Appellee.

No. 4617.

Circuit Court of Appeals, Third Circuit.

June 24, 1931.

Louis J. Greenberg, of Paterson, N. J., for appellant.

John Grimshaw, Jr., of Paterson, N. J., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

After argument and due consideration had, we are of opinion the case was tried without error and the defendant properly convicted. The charge called the jury's attention to every element it was necessary for them to find in order to so find and carefully safe-guarded the defendant's rights.

The judgment below is therefore affirmed.

Philip C. K. BARTLETT, Executor, et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 8809.

Circuit Court of Appeals, Eighth Circuit.

April 28, 1931.

William M. Morton, of St. Joseph, Mo., and Walter E. Barton, of Washington, D. C., for appellants.

G. A. Youngquist, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Prew Savoy, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, without costs to either party in this court, and cause remanded to Board of Tax Appeals, on motion of appellee and consent of appellants.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD v. UNION PACIFIC RAILROAD COMPANY.

No. 426.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1931.

William R. Kelly, of Greeley, Colo., and John R. Wolff, of Boulder, Colo., for appellant.

C. C. Dorsey and E. G. Knowles, both of Denver, Colo., and N. H. Loomis, of Omaha, Neb., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1931, per stipulation.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PROWERS v. ATCHISON, TOPEKA & SANTA FÉ, RAILWAY COMPANY.

No. 427.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1931.

William R. Kelly, of Greeley, Colo., and John R. Wolff, of Boulder, Colo., for appellant.

Erl H. Ellis, of Denver, Colo., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1931, per stipulation.